ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ASHA M. OLIVAS (Cal. Bar No. 185149)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0120
    Facsimile: (213) 894-3713
    Email: asha.olivas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00408-GW |
| | No. **CR 10-00409-GW** |
| Plaintiff, | |
| | <u>FINDINGS AND ORDER</u> |
| v. | |
| SHARON DENISE HATCHER, and DAVONTE HATCHER | |
| Defendants. | |

O R D E R

    GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact and conclusions of law stipulated to by the parties.

    IT IS THEREFORE ORDERED that the Court: (1) deems the period to November 16, 2010, inclusive, an excludable period of time under Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(i); (2) continues trial in this matter to **November 16, 2010 at 8:30 a.m.**; (3) sets the deadline to file a Motion to Suppress as September 24, 2010 and October 5, 2010 respectively.

1  Government's Oppositions are due on October 19, 2010.
2  Defendants' replies, if any, are due on October 26, 2010; and 4)
3  sets a Motion Hearing for **November 1, 2010, at 8:00 a.m.**

5  Dated: October 12, 2010

  _____
  HONORABLE GEORGE H. WU
  UNITED STATES DISTRICT JUDGE